**In the Matter of R. Daniel HARROP (Lisi).**

**No. 94–58 M.P.**

Supreme Court of Rhode Island.

Feb. 3, 1994.

ORDER

On January 31, 1994, Chief Disciplinary Counsel filed with this Court a Petition for Interim Suspension which avers that the Respondent has engaged in serious professional misconduct. On February 3, 1994, Disciplinary Counsel, Respondent, and Counsel for Respondent appeared before the Court. Respondent assented to his suspension from the practice of law and agreed to cooperate fully with Disciplinary Counsel and any Special Master appointed by this Court.

Accordingly, it is ordered, adjudged and decreed that the Respondent R. Daniel Harrop, be and he is hereby suspended from engaging in the practice of law in this State until further order of this Court.

It is further ordered that Irving Brodsky, Esquire, be appointed a Special Master to take possession of all Respondent's client files and client accounts, to inventory them, and to take whatever steps are necessary to protect the clients' interests. Irving Brodsky, Esquire, is further enpowered to enter upon Respondent's office premises in order to effectuate this Order.

**In the Matter of R. Daniel HARROP (Lisi).**

**No. 94–58 M.P.**

Supreme Court of Rhode Island.

Feb. 16, 1994.

ORDER

The Respondent is presently suspended by this Court's Order entered on February 3, 1994. On February 4, 1994, pursuant to Article III, Rule 13, Respondent filed an affidavit with this Court's Disciplinary Board setting forth that he is aware he is the subject of an investigation of professional misconduct. Respondent's affidavit sets forth that he freely and voluntarily consents to disbarment and that he is fully aware of the implications of submitting his consent. On February 8, 1994, Disciplinary Counsel filed Respondent's affidavit with the Court.

Upon review of Respondent's affidavit, we deem such an order appropriate.

Accordingly, pursuant to Article III, Rule 13, is it hereby ordered, adjudged and decreed that the Respondent R. Daniel Harrop, be and he is hereby Disbarred on Consent from engaging in the practice of law.